# EXHIBIT B

## WAIVER AGREEMENT

THIS WAIVER AGREEMENT (this "Agreement") is made and entered into as of December 23, 2020 (the "Effective Date"), by and between Epluno Global Services, LLC ("Buyer") and Bluhorne, LLC ("Seller", and together with Buyer, the "Parties").

WHEREAS, Buyer and Seller have entered into a Purchase Agreement dated effective as of December 20, 2020 whereby Seller is selling certain products to Buyer (the "Purchase Agreement");

WHEREAS, the Parties desire to waive any and all applicable provisions of the Purchase Agreement which relate to a penalty fee for the non-performance of Buyer's payment and deposit obligations under the Purchase Agreement.

NOW, THEREFORE, for good and valuable consideration, the receipt of which is hereby acknowledged, intending to be legally bound, the Parties hereto agree as follows:

1.      Waiver.  The Parties hereby waive, effective as of the Effective Date, any and all applicable provisions of the Purchase Agreement and any processes, rights, or powers conferred by statute, law, contract, or otherwise, the purpose of which would be to cause Buyer to incur or owe a penalty for any delay in its payment and deposit obligations under the Purchase Agreement, including, without limitation, the first sentence of each of Section 5(a) and Section 6(a) of the Purchase Agreement and the definition of "Penalty Fee" set forth in the Purchase Agreement, contingent upon the Purchase Agreement for 2 million boxes of Nitrile gloves at $10.50 per box, totaling $21,000,000 being successfully executed in its entirety.

2.      Governing Law and Disputes.  This Agreement shall be governed by and construed in accordance with the laws of the State of Florida. Any claims or disputes arising out of this Agreement shall be settled by arbitration in Miami-Dade County, Florida in accordance with the Commercial Arbitration Rules of the American Arbitration Association.  The foregoing agreement to arbitrate shall be specifically enforceable, and the award rendered by the arbitrators shall be final and binding on the Parties hereto and judgment may be entered upon any such award.

3.      Acknowledgement; Binding Effect.   Except for the terms and provisions of the Purchase Agreement waived pursuant to this Agreement, each Party hereby expressly acknowledges and agrees that its covenants and other obligations set forth in the Purchase Agreement remain in full force and effect.  The Parties agree that this Agreement is not intended to, and does not, constitute an admission of liability or fault on the part of either Buyer or Seller. This Agreement shall inure to the benefit of and be binding upon each of the Parties and each of their respective successors and assigns.

4.      Entire Agreement.  This Agreement is the entire agreement, and supersedes any prior agreements and contemporaneous oral agreements, of the Parties concerning its subject matter.

5.      Counterparts.  This Agreement may be executed in counterparts, each of which shall be an original, but all of which together shall constitute one and the same instrument, copies shall be deemed the same as the original.

[SIGNATURE PAGE FOLLOWS]

308544917.2

IN WITNESS WHEREOF, the undersigned have executed this Agreement as of the Effective Date.

**EPLUNO GLOBAL SERVICES, LLC**

By: _____

Name:

Title: Member/Manager

**BLUHORNE, LLC**

By: _____

Name:

Title:

[SIGNATURE PAGE TO WAIVER AGREEMENT]

308544917.2