EXHIBIT 1

DocuSign Envelope ID: CEB832DF-456F-4728-9A42-B3BD9607530E

# BOL Review on behalf of ePluno Global Services

performed by
Donavin Heard
K.I. Enterprise
Taylor Defense Private Investigations

July 15, 2021

DocuSign Envelope ID: CEB832DF-456F-4728-9A42-B3BD9607530E

## Summary

ePluno Global Services hired my firm to perform a review of two Bills of Lading provided by Blue Horne in early January 2021 for nitrile gloves purchase by ePluno Global Services.

My companies are in the business of inspecting PPE. I have been in this space for 37 years.

In my expert opinion, the BOLs provided to ePluno Global Services were fake based on a number of factors including:
- The inability to match the BOL in Matson tracking system.
- The vessel on the BOL provided do not match the vessels / dates in the Matson tracking system.
- The font types do not match and have obviously been altered.
- The weight and measurement information are the same despite 50% more product on BOL #9632289 vs BOL #9632281.

In addition, the client, ePluno Global Services, also provided an email from a Matson Navigation representative confirming that the BOL's provided by Blue Horne were not issued by Matson Navigation which is consistent with my findings.

Signed - Donavin Heard

DocuSigned by:
*Donavin Heard*
90AD89B74A8C42F...

7/15/2021

DocuSign Envelope ID: CEB832DF-456F-4728-9A42-B3BD9607530E

# Information BOL # 1 - Booking # 9632289

## Matson - Bill of Lading

**Booking Number:** 9632281

**Vessel:** Kimana Hila
**Port of Delivery:** Long Beach

**Product:** Med Care Gloves

**Description of Package and Goods:**
Non-sterile powder free synthetic nitrile protection gloves

**No of PKGS:** 30,000 CTNS

**Gross Weight:** 40,100,00 KGS

**Measurement:** 127.820 CBM

---

### Matson

**NON-NEGOTIABLE BILL OF LADING** PAGE 1 OF 1

| TARIFF | LOADING/DISCHARGE | BOOKING NUMBER |
|---|---|---|
| BB | DOOR-CY | 9632289 |

EXPORT REFERENCES

**SHIPPER**
DONGGUAN GRINVALD TECHNOLOGY CO.,LTD
401 BUILDING H3, NO 4 OF GUANGMING NEW VILLAGE 2 ROAD,
DONGCHENG, DONGGUAN CITY, GUANGDONG PROVINCE, CHINA 523125

**CONSIGNEE**
FORWARDING AGENT/THIRD PARTY

**NOTIFY PARTY**
PORT AND COUNTRY OF ORIGIN
QINGDAO, CHINA
ALSO NOTIFY PARTY

MATSON LOGISTICS INC
1756S BUTTERFIELD ROAD
OAKBROOK TERRACE IL 60181-4001

| INITIAL CARRIAGE | PLACE OF RECEIPT QINGDAO | DOMESTIC ROUTING/EXPORT INSTRUCTIONS |
|---|---|---|
| VESSEL  VOYAGE | PORT OF LOADING | |
| KAIMANA HILA  002 E | SHANGHAI | |
| PORT OF DISCHARGE | PLACE OF DELIVERY | |
| LONG BEACH, CA | LONG BEACH, CA | |

**PARTICULARS FURNISHED BY SHIPPER**

| MKS & NOS/CONTAINER NOS | NO. OF PKGS | DESCRIPTION OF PACKAGES AND GOODS | GROSS WEIGHT | MEASUREMENT |
|---|---|---|---|---|
| MED CARE | | SHIPPER'S LOAD, COUNT AND SEAL SAID TO CONTAIN | | |
| | | 02 x D40H | | |
| | 30,000 CTN | NON-STERILE POWDER FREE SYNTHETIC NITRILE PROTECTION GLOVES | 40,100.000 KGS | 127.820 CBM |
| | | FREIGHT COLLECT | | |
| | | THIS SHIPMENT CONTAINS NO SOLID WOOD PACKING MATERIAL | | |
| | | TOTAL SIX THOUSAND SIX HUNDRED CARTON ONLY | | |

| TYPE | TEMP | CTR NUMBER | SEAL NUMBER | QTY / TYPE | WGT | MEASURE |
|---|---|---|---|---|---|---|
| D40H | | MATU2703-4 | 945284 | 15,000 CTNS | 20,060.000 KGS | 63.910 CBM |
| D40H | | MATU270365-1 | 945283 | 15,000 CTNS | 20,040.000 KGS | 63.910 CBM |

SHIPPED ON BOARD : 7" -DEC-2020

DocuSign Envelope ID: CEB832DF-456F-4728-9A42-B3BD9607530E

# Mismatched Font and Alignment - # 9632289

- ☐ The font in two areas on the Bill of Lading don't match the other font type on the page in two different places.
- ☐ In addition, the font doesn't line up properly with other lines on the Bill of Lading

## Matson

**NON-NEGOTIABLE BILL OF LADING** PAGE 1 OF 1

| SHIPPER | TARIFF: B8 | LOADING/DISCHARGE: DOOR-CY | BOOKING NUMBER: 9632289 |
|---|---|---|---|

SHIPPER: DONGGUAN GRINVALD TECHNOLOGY CO.,LTD
401 BUILDING #3, NO 4 OF GUANGMING NEW VILLAGE 2 ROAD,
DONGCHENG, DONGGUAN CITY, GUANGDONG PROVINCE, CHINA 523125

EXPORT REFERENCES

CONSIGNEE

FORWARDING AGENT/THIRD PARTY

NOTIFY PARTY: MATSON LOGISTICS INC
17N635 BUTTERFIELD ROAD
OAKBROOK TERRACE IL 601814001

PORT AND COUNTRY OF ORIGIN: QINGDAO, CHINA
ALSO NOTIFY PARTY

| INITIAL CARRIAGE | PLACE OF RECEIPT: QINGDAO |
| VESSEL: KAIMANA HILA | VOYAGE: 002 E | PORT OF LOADING: SHANGHAI |
| PORT OF DISCHARGE: LONG BEACH, CA | PLACE OF DELIVERY: LONG BEACH, CA |

DOMESTIC ROUTING/EXPORT INSTRUCTIONS

### PARTICULARS FURNISHED BY SHIPPER

| MKS & NOS/CONTAINER NOS | NO. OF PKGS | DESCRIPTION OF PACKAGES AND GOODS | GROSS WEIGHT | MEASUREMENT |
|---|---|---|---|---|
| MED CARE | | SHIPPER'S LOAD, COUNT AND SEAL SAID TO CONTAIN | | |
| | 30,000 CTNS | 02 x D 40 NON-STERILE POWDER FREE SYNTHETIC NITRILE GLOVES PROTECTION | 40,100.000 KGS | 127.820 CBM |
| | | THIS SHIPMENT CONTAINS NO SOLID WOOD PACKING MATERIAL FREIGHT COLLECT TOTAL SIX THOUSAND SIX HUNDRED CARTON ONLY | | |

| TYPE | TEMP | CONTAINER | SEAL NUMBER | QTY / TYPE | WGT | MEASURE |
|---|---|---|---|---|---|---|
| D40H | | MATU2703-4 | 94527 | 15,000 CTNS | 20,060.000 KGS | 63.910 CBM |
| D40H | | MATU270365-1 | 94528 | 15,000 CTNS | 20,040.000 KGS | 63.910 CBM |

SHIPPED ON BOARD : -DEC-2020

# Matson Tracking For # 9632289 Info - Inconsistent Timing



- The containers detailed in Matson's tracking report don't match information we've been provided that our shipment was due to arrive on Jan 14 at 12:15am.
- Per the Matson Tracking system, the containers for BOL # 9632289 were returned to consignee on Jan 5th and 7th.

DocuSign Envelope ID: CEB832DF-456F-4728-9A42-B3BD9607530E

# MATU270365-1 Container #1

# Track Container | Ocean Shipment

For a high level status of where your container currently is, Ocean Shipment Tracking provides basic visibility without the requirement of a user id or password. The container status is accessible by Container number, Booking number or Bill of Lading number.

## CONTAINER TRACKING-MATU270365-1

### CONTAINER TRACKING MOVEMENT EVENTS

| DATE & TIME | LOCATION | STATUS |
|---|---|---|
| 01/05/21 14:09 PM | LONG BEACH (CA) | RETURNED FROM CONSIGNEE |
| 12/31/20 11:18 AM | SHIPPERS TRANSPORT ALAMEDA (CA) | OUTGATE to PACIFIC DRAYAGE SERVICES, LLC |
| 12/31/20 07:40 AM | | HOLD RELEASED - Hold for Payment |
| 12/31/20 07:40 AM | SHIPPERS TRANSPORT ALAMEDA (CA) | AVAILABLE |
| 12/30/20 20:45 PM | SHIPPERS TRANSPORT ALAMEDA (CA) | INGATE Full by SHIPPERS TRANSPORT EXPRESS |
| 12/30/20 20:30 PM | LONG BEACH (CA) | OUTGATE to SHIPPERS TRANSPORT EXPRESS |
| 12/30/20 01:06 AM | LONG BEACH (CA) | DISCHARGE FROM VESSEL NAVIOS VERANO 003 |
| 12/29/20 14:29 PM | | CONTAINER ON HOLD - Hold for Payment |
| 12/29/20 13:55 PM | | HOLD RELEASED - Customs Clearance |

### Track another shipment
○ Container
● Booking
○ Bill of Lading

9632289

[GO] [RESET]

Search container/booking history up to 90 days old

☐ Container Arrived in Long Beach Dec 30th on vessel NAVOS VERANO
☐ The vessel named on the BOL is the Kimana Hila which is inconsistent with the Matson tracking system.

DocuSign Envelope ID: CEB832DF-456F-4728-9A42-B3BD9607530E

**MATU270303-4 Container # 2**

# Track Container | Ocean Shipment

For a high level status of where your container currently is, Ocean Shipment Tracking provides basic visibility without the requirement of a user id or password. The container status is accessible by Container number, Booking number or Bill of Lading number.

**CONTAINER TRACKING-MATU270303-4**

**CONTAINER TRACKING MOVEMENT EVENTS***

| DATE & TIME | LOCATION | STATUS |
|---|---|---|
| 01/07/21 14:45 PM | LONG BEACH (CA) | RETURNED FROM CONSIGNEE |
| 12/31/20 11:22 AM | SHIPPERS TRANSPORT ALAMEDA (CA) | OUTGATE to PACIFIC DRAYAGE SERVICES, LLC |
| 12/31/20 07:40 AM | | HOLD RELEASED - Hold for Payment |
| 12/31/20 07:40 AM | SHIPPERS TRANSPORT ALAMEDA (CA) | AVAILABLE |
| 12/30/20 20:18 PM | SHIPPERS TRANSPORT ALAMEDA (CA) | INGATE Full by SHIPPERS TRANSPORT EXPRESS |
| 12/30/20 20:03 PM | LONG BEACH (CA) | OUTGATE to SHIPPERS TRANSPORT EXPRESS |
| 12/30/20 01:42 AM | LONG BEACH (CA) | DISCHARGE FROM VESSEL NAVIOS VERANO 003 |
| 12/29/20 14:29 PM | | CONTAINER ON HOLD - Hold for Payment |
| 12/29/20 13:55 PM | | HOLD RELEASED - Customs Clearance |

Track another shipment
○ Container
◉ Booking
○ Bill of Lading

9632289

GO   RESET

Search container/booking history up to 90 days old

☐ Matson Tracking shows that the BOL information provided had the product arriving in the Long Beach on Dec 30th which is inconsistent with information about our gloves and the vessel info provided on PDF BOL from Blue Horne.



- Per Marine Traffic, the vessel named on the BOL did arrive in Long Beach on January 14th but the vessel, date, and product information did not match the Matson tracking system.

DocuSign Envelope ID: CEB832DF-456F-4728-9A42-B3BD9607530E

# Vessel from Matson's System Arrives Ningbo China Jan 15th



- Based on the Booking # 9632289 in Matson System, Navios Verano left in Long Beach on Dec 31 and is arriving Ningbo China on Jan 15.
- *This vessel is inconsistent with the PDF BOL provided by Blue Horne.*

DocuSign Envelope ID: CEB832DF-456F-4728-9A42-B3BD9607530E

Information DOL # 2 - Booking # 9632281

## Matson

# Matson - Bill of Lading

**Booking Number:** 9632281

**Vessel:** Kimana Hila
**Port of Delivery:** Long Beach

**Product:** Med Care Gloves

**Description of Package and Goods:**
Non-sterile powder free synthetic nitrile protection gloves

**No of PKGS:** 20,000 CTNS

**Gross Weight:** 40,100,00 KGS

**Measurement:** 127.820 CBM

---

### NON-NEGOTIABLE BILL OF LADING   PAGE 1 OF 1

**BOOKING NUMBER:** 9632281

**SHIPPER:**
DONGGUAN GRINVALD TECHNOLOGY CO.,LTD
401 BUILDING #3, NO 4 OF GUANGMING NEW VILLAGE 2 ROAD,
DONGCHENG, DONGGUAN CITY, GUANGDONG PROVINCE,
CHINA 523125

**TARIFF:** 88
**LOAD/DISCHARGE:** DOOR-CY
**EXPORT REFERENCES:**

**CONSIGNEE:**

**FORWARDING AGENT/THIRD PARTY:**

**NOTIFY PARTY:**
MATSON LOGISTICS INC
17W635 BUTTERFIELD ROAD
OAKBROOK TERRACE IL 60181-4001

**POINT AND COUNTRY OF ORIGIN:** QINGDAO, CHINA
**ALSO NOTIFY PARTY:**

**INITIAL CARRIAGE:**
**VESSEL:** KAIMANA HILA
**VOYAGE:** 002 E
**PORT OF DISCHARGE:** LONG BEACH, CA

**PLACE OF RECEIPT:** QINGDAO
**PORT OF LOADING:** SHANGHAI
**PLACE OF DELIVERY:** LONG BEACH, CA

**DOMESTIC ROUTING/EXPORT INSTRUCTIONS:**

### PARTICULARS FURNISHED BY SHIPPER

| V/IS & M/OS CONTAINER NOS | NO OF PKGS | DESCRIPTION OF PACKAGES AND GOODS | GROSS WEIGHT | MEASUREMENT |
|---|---|---|---|---|
| MED CARE | | SHIPPER'S LOAD, COUNT AND SEAL SAID TO CONTAIN | | |
| | 20,000 | 02 x D 40H | 40,100.000 KGS | 127.820 CBM |
| | CTNS | NON-STERILE POWDER FREE SYNTHETIC NITRILE PROTECTION GLOVES | | |
| | | THIS SHIPMENT CONTAINS NO SOLID WOOD PACKING MATERIAL | | |
| | | FREIGHT COLLECT | | |
| | | TOTAL SIX THOUSAND SIX HUNDRED CARTON ONLY. | | |

| TYPE | TEMP | CTR NUMBER | SEAL NUMBER | QTY / TYPE | WGT | MEASURE |
|---|---|---|---|---|---|---|
| D40H | | MATU266535-6 | 945284 | 10,000 CTNS | 20,060.000 KGS | 63.910 CBM |
| D40H | | MATU263537-1 -4 | 945283 | 10,000 CTNS | 20,040.000 KGS | 63.910 CBM |

SHIPPED ON BOARD : 29 --DEC-2020

DocuSign Envelope ID: CEB832DF-456F-4728-9A42-B3BD9607530E

Not in Matson Tracking System - Booking # 9632281



We were not able to find this booking # in Matson Tracking System.



DocuSign Envelope ID: CEB832DF-456F-4728-9A42-B3BD9607530E

# Mismatched Font and Alignment - # 9632281

## Matson

**NON-NEGOTIABLE BILL OF LADING** PAGE 1 OF 1

| SHIPPER | TARIFF | LOAD/DISCHARGE | BOOKING NUMBER |
|---|---|---|---|
| DONGGUAN GRINVALD TECHNOLOGY CO.,LTD<br>401 BUILDING #3, NO 4 OF GUANGMING NEW VILLAGE 2 ROAD,<br>DONGCHENG, DONGGUAN CITY, GUANGDONG PROVINCE, CHINA 523125 | 88 | DOOR-CY | 9632281 |

**EXPORT REFERENCES**

| CONSIGNEE | FORWARDING AGENT/THIRD PARTY |
|---|---|

| NOTIFY PARTY | PORT AND COUNTRY OF ORIGIN |
|---|---|
| MATSON LOGISTICS INC<br>17W635 BUTTERFIELD ROAD<br>OAKBROOK TERRACE IL 601814001 | QINGDAO, CHINA |

**ALSO NOTIFY PARTY**

| INITIAL CARRIAGE | PLACE OF RECEIPT<br>QINGDAO | DOMESTIC ROUTING/EXPORT INSTRUCTIONS |
|---|---|---|
| VESSEL  VOYAGE<br>KAIMANA HILA  002 E | PORT OF LOADING<br>SHANGHAI | |
| PORT OF DISCHARGE<br>LONG BEACH, CA | PLACE OF DELIVERY<br>LONG BEACH, CA | |

### PARTICULARS FURNISHED BY SHIPPER

| MKS & NOS/CONTAINER NOS | NO OF PKGS | DESCRIPTION OF PACKAGES AND GOODS | GROSS WEIGHT | MEASUREMENT |
|---|---|---|---|---|
| MED CARE | | SHIPPER'S LOAD, COUNT AND SEAL SAID TO CONTAIN | | |
| | 20,000   02 x D 40 | | 40,100.000 KGS | 127.820 CBM |
| | CTNS | NON-STERILE POWDER FREE SYNTHETIC NITRILE PROTECTION GLOVES | | |
| | | THIS SHIPMENT CONTAINS NO SOLID WOOD PACKING MATERIAL<br>FREIGHT COLLECT<br>TOTAL SIX THOUSAND SIX HUNDRED CARTON ONLY. | | |
| | TYPE  TEMP | CTR NUMBER    SEAL NUMBER    QTY / TYPE | WGT | MEASURE |
| | D40H<br>D40H | MATU2668535-6   945284   10,000 CTNS<br>MATU2635372-1   945283   10,000 CTNS<br>-/ | 20,060.000 KGS<br>20,040.000 KGS | 63.910 CBM<br>63.910 CBM |
| | | SHIPPED ON BOARD : 29 --DEC-2020 | | |

☐ The font in two areas on the Bill of Lading doesn't match the other font type on the page in two different places.

☐ In addition, the font doesn't line up properly with other font on the Bill of Lading

# Weight and Measurements Same on Both BOL Despite Different Quantities - Part # 1

- The weight information is the same on both BOLs.
- This is BOL - Booking # 9322281.
- Quantity 20,000 CTNS which broken into two lots of 10,000 CTNS
- Note weight of 20,000 is 40,100.00KGS.
- Weight for # 1 10,000 CTNS is 20,060.000 KGS and the # 2 10,000 is slightly less at 20,040.000 KGS
- The weight EXACTLY matches BOL Booking # - 9322289 DESPITE BEING DIFFERENT QUANTITIES.



BOTH BOLs Despite Different Quantities - Part #2

- ☐ This is BOL - Booking # 9322289.
- ☐ The measurement info of the volume is also the same at 127.820.
- ☐ The MEASUREMENT info EXACTLY matches BOL Booking # - 9322281 DESPITE DIFFERENT QUANTITIES.



DocuSign Envelope ID: CEB832DF-456F-4728-9A42-B3BD9607530E

# Matson confirmed that the BOLs provided by Blu Horne were not issued by Matson Navigation

FW: Matson – CLX service   Inbox ×

**David Stotler at LAX x8633** <DStotler@matson.com>   Jan 20, 2021, 2:14 PM
to Numair, me, Chris

Bill

I can confirm the B/L copies that were provided (thru Numair) to me were not issued by Matson Navigation.

I am further informed that Loren Watson, of E Pluno, had initiated an inquiry on the same issue through another contact person last Friday.

Regards
David Stotler
Account Executive

**Matson.**

1521 Pier C Street, 4th Floor
Long Beach, CA 90813
T: 562-495-8633
C: 562-822-7346
www.matson.com