IN THE UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH CAROLINA
SPARTANBURG DIVISION

| | | |
|---|---|---|
| Epluno Global Services, LLC, a Delaware Limited Liability Company | ) ) ) | C.A. NO.: 7:21-cv-00566-DCC |
| Plaintiff, | ) ) | |
| vs. | ) ) | **CONSENT MOTION TO TRANSFER** |
| Bluhorne, LLC, a Florida Limited Liability Company; Remington Schmidt; Todd Wright, individually and d/b/a Wright Business Management; and Kenley Cervera, | ) ) ) ) ) ) | |
| Defendants. | ) ) ) | |

Pursuant to 28 U.S.C.A. § 1404(a), the parties jointly move and consent to this matter being transferred to the Southern District of Florida.

**STATEMENT OF THE CASE**

On February 24, 2021, Plaintiff Epluno Global Services, LLC ("Epluno") filed a Complaint against Defendants Bluhorne, LLC ("Bluhorne") and Remington Schmidt, Todd Wright, individually and d/b/a Wright Business Management, and Kenley Cervera (collectively, the "Individual Defendants") **[Doc. 1]**.

On April 15, 2021, Epluno filed Requests for Entry of Default against the Individual Defendants **[Doc. 8, 9, and 11]**. The Individual Defendants were subsequently entered into default by the Clerk of Court **[Doc. 10 and 12].**

On May 14, 2021, the Individual Defendants filed a Motion to Set Aside Entries of Default **[Doc. 16].**

On May 21, 2021, Bluhorne accepted service of the Complaint **[Doc. 17]**.

On May 28, 2021, Epluno filed its Response to the Individual Defendants' Motion to Set

Aside Default **[Doc. 18]**. On June 4, 2021, the Individual Defendants filed their Reply to Epluno's

Response **[Doc. 19]**.

On June 7, 2021, Epluno granted Bluhorne an extension of time until July 2, 2021, in which

to respond to the Complaint **[Doc. 21]**.

On July 2, 2021, Bluhorne moved this Court to dismiss Epluno's Complaint, or in the

alternative, for an Order of this Court staying the action pending arbitration pursuant to 9 U.S.C.

§ 3 **[Doc. 22]**.  On July 16, 2021, Epluno filed its Response to Bluhorne's motion **[Doc. 23]**.  On

July 23, 2021, Bluhorne filed its Reply to the Response **[Doc. 24]**.

On December 2, 2021, this Court entered an Order granting the Individual Defendants'

Motion to Set Aside the Defaults **[Doc. 26]**.  As of the date of this Motion, no deadline has been

set by the Court for the Individual Defendants to file a responsive pleading.

Also as of the date of this Motion, the Court has not ruled on Bluhorne's motion filed on

July 2, 2021 **[Doc. 22]**.

### TRANSFER UNDER § 1404

28 U.S.C.A. § 1404(a) provides:

> For the convenience of parties and witnesses, in the interest of justice, a district
> court may transfer any civil action to any other district or division where it might
> have been brought or to any district or division to which all parties have consented.

The parties acknowledge the governing contracts contain a choice of law for Florida. Said

contracts also mandate arbitration in Miami-Dade County, Florida. Further, the District Court for

the Southern District of Florida has the authority to compel arbitration in Miami-Dade County. In

addition to these factors, two of the witnesses at issue in the case reside in Florida, while the

remaining defendants and witnesses are scattered across the United States. A Florida Court is best-

suited to apply Florida law and has a local interest given the choice of law and arbitration clause.

2

Accordingly, the parties request this matter be transferred to the Southern District of Florida.

Furthermore, the parties respectfully withdraw their pending motion and responding briefs concerning dismissal and/or stay of the case based upon the arbitration clause. The parties request that this Court order the Defendants' rights to answer, move against, or otherwise respond to the operative Complaint, including, but not limited to, compelling arbitration, are reserved pending the District Court for the Southern District of Florida setting a scheduling order for responsive pleadings and other deadlines.

<u>CONCLUSION</u>

Based on the foregoing, the parties jointly move and consent to (1) this matter being transferred to the Southern District of Florida, (2) the withdrawal of Bluhorne's responsive pleading **[Doc. 22]**, Epluno's Response **[Doc. 23]**, and Bluhorne's Reply to the Response **[Doc. 24],** and (3) having the Defendants respond to the Complaint in the Southern District of Florida pursuant to the Scheduling Order to be issued by said Court.

Respectfully submitted,

December 21, 2021                                        **SMITH, CURRIE & HANCOCK LLP**


s/ Matthew E. Cox
Matthew E. Cox, Fed ID #7531
1325 Park Street, Suite 200
Columbia, SC  29201
(803) 999-1273
mecox@smithcurrie.com

*Attorneys for the Plaintiff*

and

**GALLIVAN, WHITE & BOYD, P.A.**


*/s/ Zachary L. Weaver*

Zachary L. Weaver (Fed Id. #11818)
E-Mail: zweaver@gwblawfirm.com
Ioannis (Ian) G. Conits (Fed Id. #12818)
E-Mail: iconits@gwblawfirm.com
Post Office Box 10589 (29603)
55 Beattie Place, Suite 1200
Greenville, SC 29601
Telephone: (864) 271-9580
Facsimile: (864) 271-7502

*Attorneys for the Defendants*